***NOT FOR PRINTED PUBLICATION***

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| JOHNATHAN MYERS, §<br>   Plaintiff, §<br> §<br>v. §<br> §<br> §<br> §<br>COMMISSIONER OF THE SOCIAL §<br>SECURITY ADMINISTRATION, §<br>   Defendant. § | No. 9:19-CV-00144 |

### ORDER OVERRULING OBJECTIONS AND ACCEPTING REPORT AND RECOMMENDATION

The Plaintiff requests judicial review of a final decision of the Commissioner of Social Security Administration with respect to his application for disability-based benefits. This matter has been referred to the Honorable Keith Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge submitted a report recommending that the decision of the Commissioner be affirmed. The court has considered the report and recommendation filed on July 21, 2020 (Doc. No. 20) and the Plaintiff's objections. (Doc. No. 21.) The court has conducted a *de novo* review of the objections in relation to the pleadings and the applicable law. *See* Fed. R. Civ. P. 72(b). After careful consideration, the court concludes that the Plaintiff's objections are without merit. The court concludes that the magistrate judge correctly identified and discussed the points of error argued by plaintiff and analyzed those points correctly. The magistrate judge properly examined the entire record to determine that substantial evidence supports the administrative law judge's determination of weight accorded to medical evidence and the Commissioner's denial of benefits.

Accordingly, all the Plaintiffs objections are **OVERRULED**. The findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ACCEPTED**. A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

So ORDERED and SIGNED, Sep 24, 2020.

Ron Clark
Senior Judge